

**Department of the Treasury**
**Internal Revenue Service**
2888 Woodcock Boulevard
Mail Stop 652-D
Atlanta, Georgia 30341

**Date:**
04/15/2020
**Appraisal prepared for (Taxpayer name):**
See Attached Form 872-AP
**Tax forms:**
1065
**Tax periods ended:**
December 31, 2016
**Person to contact:**
Ifeoma Okeke
**Employee ID number:**
1000677021
**Contact telephone number:**
470-719-6591
**Contact fax number:**
877-931-3516
**Contact hours:**
8:00AM-4:30PM
**Refer reply to:**

Mr. Robert Fletcher
415 Ascot Court
Knoxville, Tennessee 37923

Dear Robert Fletcher:

**Why you are receiving this letter**
The period of limitations allowed by law to assess an appraiser penalty (Internal Revenue Code Section 6695A, Penalty for the Substantial and Gross Valuation Misstatements Attributable to Incorrect Appraisals) related to the case referenced above will expire soon. Therefore, we request that you consent to extend the time for assessment.

**What you need to do**
Enclosed are copies of Form 872-AP, Consent to Extend the Time on Assessment of IRC Section 6695A Penalty, for your signature. You have the right to refuse to extend the period of limitations or request the period be extended to a specific date.

**If you agree with our request**
If you agree to the terms in the enclosed consent Form 872-AP, please sign all copies and return in the enclosed envelope within 10 days from the date of this letter.

Sign your name exactly as it appears on the Form 872-AP. We will return an approved copy for your records.

**If you do not sign the consent form**
If you don't sign the consent Form 872-AP, I will issue a report based on the information available to me and may conclude that the IRC Section 6695A penalty should be imposed.

Failure to sign the consent Form 872-AP will not affect your rights in any court proceeding that may occur later.

**Letter 4934 (Rev. 11-2017)**
Catalog Number 59384H

Thank you for your cooperation.

Sincerely,

Ifeoma A. Okeke

Digitally signed by Ifeoma A.
Okeke
Date: 2020.04.16 16:14:20
-04'00'

Ifeoma Okeke
Internal Revenue Agent

Enclosures:
Form 872-AP
Envelope

| Form **872-AP**<br>(Rev. September 2011) | Department of the Treasury — Internal Revenue Service<br><br>**Consent to Extend the Time on Assessment<br>of IRC Section 6695A Penalty** | In reply refer to:<br>Ifeoma Okeke<br>Appraiser Tax Identification Number<br>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 |
|---|---|---|

ROBERT FLETCHER
_(Name)_

an appraiser, of _____415 ASCOT COURT, KNOXVILLE TENNESSEE 37923_____
_(Number, Street, Town or City, State, and ZIP Code)_

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The penalty imposed by section 6695A of the Internal Revenue Code may be assessed against the above named appraiser at any time on or before _December 31, 2021_ with respect to the tax return(s) or claim(s) for refund of the taxpayers named below.

(2) The appraiser may file a claim for credit or refund and the Internal Revenue Service may credit or refund the penalty(ies) within 6 months after this agreement ends.

| Form number of return<br>for which penalty is<br>being charged | Taxpayer's name as shown on return | Taxpayer's<br>identification<br>number | Tax period |
|---|---|---|---|
| 1065 | SHADOW LAKE LLC | 47-4890973 | 201612 |
| 1065 | CYPRESS CREEK CLUB, LLC | 81-4672293 | 201612 |
| 1065 | MULBERRY ROCK FARM, LLC | 81-0691134 | 201612 |
| 1065 | GEORGIA CRUSHED STONE, LLC | 47-4244076 | 201612 |
| 1065 | HEARTLAND MATERIALS, LLC | 47-4802874 | 201612 |
| 1065 | JACKSON CROSSROADS, LLC | 35-2559986 | 201612 |
| 1065 | MIDWAY RIDGE, LLC | 38-4002570 | 201612 |
| 1065 | NORTHEAST GA STONE, LLC | 36-4841897 | 201612 |

You have the right to refuse to extend the period of limitations or limit this extension to a mutually agreed-upon issue(s) or mutually agreed-upon period of time. Signing this consent will not deprive you of any appeal rights to which you would otherwise be entitled.

| **WHO MUST SIGN**<br><br>The consent should be signed by the Appraiser. An attorney or agent may sign this consent if specifically authorized by a power of attorney which, if not previously filed, must accompany this form. | _(Signature)_ | _(Date signed)_ |
|---|---|---|
| | I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issue(s) and/or period of time as set forth in I.R.C. § 6501(c)(4)(B). | |

**INTERNAL REVENUE SERVICE SIGNATURE and TITLE**
The signature and title line will be signed and dated by the appropriate authorized official within your division.

BY _____
_(Authorized Official Signature and Title)_                    _(Date signed)_

Catalog Number 52529S          www.irs.gov          Form **872-AP** (Rev. 9-2011)

**Internal Revenue Service**
**Large Business & International**
2888 Woodcock Boulevard
Mail Stop 652-D, Atlanta, GA 30341

**Department of the Treasury**

**Date:**
   04/17/2020
**Appraiser ID Number:**
   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
**Examiner:**
   Ifeoma Okeke
**Examiner's Employee ID Number:**
   1000677021
**To Contact Us**
**Telephone Number:**
   470-719-6591
**Hours:**
   8:00AM-4:30PM
**Fax Number:**
   877-931-3516
**Appraisal prepared for**
**Taxpayer Name:**
   Various/See attached
**Tax Form(s):**
   1065
**Tax Year(s):**
   201612

Robert Fletcher
415 Ascot Court,
Knoxville, Tennessee 37923

Dear  Robert Fletcher

We are reviewing the appraisal you prepared on behalf of the taxpayer(s) named above to determine whether
Internal Revenue Code Section 6695A, Substantial and Gross Valuation Misstatements Attributable to Incorrect
Appraisals, applies and whether a penalty is appropriate. As a result, I have scheduled an appointment for you
as follows:

**Date:** May 21st, 2020

**Time:** 10:00AM

**Location:** Conference Call:888-331-8226, Access #:5819353

**Who should attend:** You or an authorized representative

If you're unable to keep this scheduled appointment, it's important that you call me at the phone number shown
above by  May 12th   to reschedule.  If you'd like to authorize a representative to contact me concerning this
matter or represent you at the appointment, please complete and provide Form 2848, *Power of Attorney and
Declaration of Representative,* prior to your appointment.  You can download this form at www.irs.gov.

**What to Expect at the Appointment**
This meeting is your opportunity to discuss facts and legal arguments related to the appraisal or present
additional information for our consideration.

An Information Document Request is enclosed, which lists the document(s) that you'll need to provide prior to or at the appointment.

## If You Don't Attend Your Appointment

If you don't attend your scheduled appointment, I may issue a report based on the information available to me and may conclude that the IRC Section 6695A penalty should be imposed.

## It's Your Right to be Informed

As a taxpayer, you have the right to be informed and educated about dealing with the Internal Revenue Service. To help you understand some of your rights during this process, I am enclosing Notice 609, *Privacy Act Notice.*

You are encouraged to read this document prior to your appointment, and also to visit www.irs.gov. Feel free to contact me if you have any additional questions, and thank you in advance for your cooperation.

Sincerely,

Ifeoma Okeke
Internal Revenue Agent

Enclosures:
Information Document Request
Publication 1
Notice 609

| Form **4564** (Rev. September 2006) | Department of the Treasury — Internal Revenue Service **Information Document Request** | | Request Number I |
|---|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)* | Subject Appraiser Interview | |
|---|---|---|
| Mr. Robert Fletcher 415 Ascot Court, Knoxville, Tennessee 37923 | SAIN number N/A | Submitted to: Robert Fletcher |
| | Dates of Previous Requests *(mmddyyyy)* | |

*Please return Part 2 with listed documents to requester identified below*

Description of documents requested

This is your scheduled interview provided in Letter 4477 regarding the eight(8) entities listed below.

| |
|---|
| SHADOW LAKE LLC |
| CYPRESS CREEK CLUB, LLC |
| MULBERRY ROCK FARM, LLC |
| GEORGIA CRUSHED STONE, LLC |
| HEARTLAND MATERIALS, LLC |
| JACKSON CROSSROADS, LLC |
| MIDWAY RIDGE, LLC |
| NORTHEAST GA STONE, LLC |

The purpose of this meeting is to provide you an opportunity to provide sufficient facts to establish that your appraisal meets the "more likely than not" exception provided by IRC 6695A(c). Please be prepared to provide documentation at this meeting to support any claims by you that the appraisals referenced above meet the "more likely than not" exception.

| Information Due By | 05/21/2020 | At Next Appointment ☒ | Mail in ☒ | |
|---|---|---|---|---|
| **From:** | Name and Title of Requester Ifeoma Okeke | | Employee ID number 1000000000 | Date *(mmddyyyy)* 04/15/2020 |
| | Office Location 2888 Woodcock Blvd, Mail Stop 652-D Atlanta GA, 30341 | | | Telephone Number ( 470-719-6591 |



# Your Rights as a Taxpayer

**Publication 1**

This publication explains your rights as a taxpayer and the processes for examination, appeal, collection, and refunds. Also available in Spanish.

## The Taxpayer Bill of Rights

### 1. The Right to Be Informed

Taxpayers have the right to know what they need to do to comply with the tax laws. They are entitled to clear explanations of the laws and IRS procedures in all tax forms, instructions, publications, notices, and correspondence. They have the right to be informed of IRS decisions about their tax accounts and to receive clear explanations of the outcomes.

### 2. The Right to Quality Service

Taxpayers have the right to receive prompt, courteous, and professional assistance in their dealings with the IRS, to be spoken to in a way they can easily understand, to receive clear and easily understandable communications from the IRS, and to speak to a supervisor about inadequate service.

### 3. The Right to Pay No More than the Correct Amount of Tax

Taxpayers have the right to pay only the amount of tax legally due, including interest and penalties, and to have the IRS apply all tax payments properly.

### 4. The Right to Challenge the IRS's Position and Be Heard

Taxpayers have the right to raise objections and provide additional documentation in response to formal IRS actions or proposed actions, to expect that the IRS will consider their timely objections and documentation promptly and fairly, and to receive a response if the IRS does not agree with their position.

### 5. The Right to Appeal an IRS Decision in an Independent Forum

Taxpayers are entitled to a fair and impartial administrative appeal of most IRS decisions, including many penalties, and have the right to receive a written response regarding the Office of Appeals' decision. Taxpayers generally have the right to take their cases to court.

### 6. The Right to Finality

Taxpayers have the right to know the maximum amount of time they have to challenge the IRS's position as well as the maximum amount of time the IRS has to audit a particular tax year or collect a tax debt. Taxpayers have the right to know when the IRS has finished an audit.

### 7. The Right to Privacy

Taxpayers have the right to expect that any IRS inquiry, examination, or enforcement action will comply with the law and be no more intrusive than necessary, and will respect all due process rights, including search and seizure protections, and will provide, where applicable, a collection due process hearing.

### 8. The Right to Confidentiality

Taxpayers have the right to expect that any information they provide to the IRS will not be disclosed unless authorized by the taxpayer or by law. Taxpayers have the right to expect appropriate action will be taken against employees, return preparers, and others who wrongfully use or disclose taxpayer return information.

### 9. The Right to Retain Representation

Taxpayers have the right to retain an authorized representative of their choice to represent them in their dealings with the IRS. Taxpayers have the right to seek assistance from a Low Income Taxpayer Clinic if they cannot afford representation.

### 10. The Right to a Fair and Just Tax System

Taxpayers have the right to expect the tax system to consider facts and circumstances that might affect their underlying liabilities, ability to pay, or ability to provide information timely. Taxpayers have the right to receive assistance from the Taxpayer Advocate Service if they are experiencing financial difficulty or if the IRS has not resolved their tax issues properly and timely through its normal channels.

**The IRS Mission** | Provide America's taxpayers top-quality service by helping them understand and meet their tax responsibilities and enforce the law with integrity and fairness to all.

Publication 1 (Rev. 9-2017)  Catalog Number 64731W  Department of the Treasury  **Internal Revenue Service**  www.irs.gov

# Examinations, Appeals, Collections, and Refunds

## Examinations (Audits)

We accept most taxpayers' returns as filed. If we inquire about your return or select it for examination, it does not suggest that you are dishonest. The inquiry or examination may or may not result in more tax. We may close your case without change; or, you may receive a refund.

The process of selecting a return for examination usually begins in one of two ways. First, we use computer programs to identify returns that may have incorrect amounts. These programs may be based on information returns, such as Forms 1099 and W-2, on studies of past examinations, or on certain issues identified by compliance projects. Second, we use information from outside sources that indicates that a return may have incorrect amounts. These sources may include newspapers, public records, and individuals. If we determine that the information is accurate and reliable, we may use it to select a return for examination.

Publication 556, Examination of Returns, Appeal Rights, and Claims for Refund, explains the rules and procedures that we follow in examinations. The following sections give an overview of how we conduct examinations.

### By Mail

We handle many examinations and inquiries by mail. We will send you a letter with either a request for more information or a reason why we believe a change to your return may be needed. You can respond by mail or you can request a personal interview with an examiner. If you mail us the requested information or provide an explanation, we may or may not agree with you, and we will explain the reasons for any changes. Please do not hesitate to write to us about anything you do not understand.

### By Interview

If we notify you that we will conduct your examination through a personal interview, or you request such an interview, you have the right to ask that the examination take place at a reasonable time and place that is convenient for both you and the IRS. If our examiner proposes any changes to your return, he or she will explain the reasons for the changes. If you do not agree with these changes, you can meet with the examiner's supervisor.

### Repeat Examinations

If we examined your return for the same items in either of the 2 previous years and proposed no change to your tax liability, please contact us as soon as possible so we can see if we should discontinue the examination.

### Appeals

If you do not agree with the examiner's proposed changes, you can appeal them to the Appeals Office of the IRS. Most differences can be settled without expensive and time-consuming court trials. Your appeal rights are explained in detail in both Publication 5, Your Appeal Rights and How To Prepare a Protest If You Don't Agree, and Publication 556, Examination of Returns, Appeal Rights, and Claims for Refund.

If you do not wish to use the Appeals Office or disagree with its findings, you may be able to take your case to the U.S. Tax Court, U.S. Court of Federal Claims, or the U.S. District Court where you live. If you take your case to court, the IRS will have the burden of proving certain facts if you kept adequate records to show your tax liability, cooperated with the IRS, and meet certain other conditions. If the court agrees with you on most issues in your case and finds that our position was largely unjustified, you may be able to recover some of your administrative and litigation costs. You will not be eligible to recover these costs unless you tried to resolve your case administratively, including going through the appeals system, and you gave us the information necessary to resolve the case.

## Collections

Publication 594, The IRS Collection Process, explains your rights and responsibilities regarding payment of federal taxes. It describes:

- What to do when you owe taxes. It describes what to do if you get a tax bill and what to do if you think your bill is wrong. It also covers making installment payments, delaying collection action, and submitting an offer in compromise.
- IRS collection actions. It covers liens, releasing a lien, levies, releasing a levy, seizures and sales, and release of property.
- IRS certification to the State Department of a seriously delinquent tax debt, which will generally result in denial of a passport application and may lead to revocation of a passport.

Your collection appeal rights are explained in detail in Publication 1660, Collection Appeal Rights.

## Innocent Spouse Relief

Generally, both you and your spouse are each responsible for paying the full amount of tax, interest, and penalties due on your joint return. However, if you qualify for innocent spouse relief, you may be relieved of part or all of the joint liability. To request relief, you must file Form 8857, Request for Innocent Spouse Relief. For more information on innocent spouse relief, see Publication 971, Innocent Spouse Relief, and Form 8857.

## Potential Third Party Contacts

Generally, the IRS will deal directly with you or your duly authorized representative. However, we sometimes talk with other persons if we need information that you have been unable to provide, or to verify information we have received. If we do contact other persons, such as a neighbor, bank, employer, or employees, we will generally need to tell them limited information, such as your name. The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking. Our need to contact other persons may continue as long as there is activity in your case. If we do contact other persons, you have a right to request a list of those contacted. Your request can be made by telephone, in writing, or during a personal interview.

## Refunds

You may file a claim for refund if you think you paid too much tax. You must generally file the claim within 3 years from the date you filed your original return or 2 years from the date you paid the tax, whichever is later. The law generally provides for interest on your refund if it is not paid within 45 days of the date you filed your return or claim for refund. Publication 556, Examination of Returns, Appeal Rights, and Claims for Refund, has more information on refunds.

If you were due a refund but you did not file a return, you generally must file your return within 3 years from the date the return was due (including extensions) to get that refund.

## Taxpayer Advocate Service

TAS is an *independent* organization within the IRS that can help protect your taxpayer rights. We can offer you help if your tax problem is causing a hardship, or you've tried but haven't been able to resolve your problem with the IRS. If you qualify for our assistance, which is always free, we will do everything possible to help you. Visit *www.taxpayeradvocate.irs.gov* or call 1-877-777-4778.

## Tax Information

The IRS provides the following sources for forms, publications, and additional information.

- *Tax Questions:* 1-800-829-1040 (1-800-829-4059 for TTY/TDD)
- *Forms and Publications:* 1-800-829-3676 (1-800-829-4059 for TTY/TDD)
- *Internet: www.irs.gov*
- *Small Business Ombudsman:* A small business entity can participate in the regulatory process and comment on enforcement actions of the IRS by calling 1-888-REG-FAIR.
- *Treasury Inspector General for Tax Administration:* You can confidentially report misconduct, waste, fraud, or abuse by an IRS employee by calling 1-800-366-4484 (1-800-877-8339 for TTY/TDD). You can remain anonymous.

 Department of the Treasury
**Internal Revenue Service**

**Notice 609**
(Rev. October 2013)

## Privacy Act Notice

The Privacy Act of 1974 says that when we ask you for information about yourself, we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if you do not provide it and whether or not you must respond under the law.

This notice applies to tax returns and any papers filed with them. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties. We ask for information to carry out the U.S. tax laws. We need the information to figure and collect the right amount of tax.

Our legal right to ask for information is found in Internal Revenue Code sections 6001, 6011, and 6012 and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Sections 7601–7613 authorize us to examine books and records and ask questions to obtain information we need. Section 6109 and its regulations say that you must provide your identification number on what you file. Paid tax return preparers and electronic return originators are also required to provide their identifying numbers.

We may give the information to the Department of Justice to enforce the federal civil and criminal tax laws, and to other federal agencies as provided by law. We may also give it to cities, states, the District of Columbia, and to U.S. commonwealths or possessions to carry out their tax laws. We may give it to certain foreign governments under tax treaties they have with the United States. We may also disclose this

Notice **609** (10-2013)
Cat. No. 45963A

information to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

If you do not file a return, the law says that you may be subject to penalties and interest, and in certain cases, criminal prosecution. If you do not provide required information, or provide false or fraudulent information, the law says that we may have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on your return. This could make your tax higher or delay any refund. You may also be subject to additional interest, penalties, or criminal prosecution.

Please keep this notice with your records. You may want to refer to it if we ask you for other information. If you have questions about the rules for filing and giving information, please visit our website at IRS.gov, or call or visit any Internal Revenue Service office.